**UNITED STATES BANKRUPTCY COURT**
Northern District of Iowa
**PAYMENT COVER SHEET**
in Accordance with 11 U.S.C. Sec. 521(a)(1)(B)(iv)

In re:                                                    Case No.: _____

William Powers
Bonnie Powers
_____
**Debtor(s)**

*Please check the appropriate box.*

**For Debtor:**

- o  Payment advices (or other evidence of payment) are attached.

- ☒  No payment advices (or other evidence of payment) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

- o  No payment advices (or other evidence of payment) attached for other reason, or some payment advices missing (please explain).

**For Joint Debtor, if applicable:**

- o  Payment advices (or other evidence of payment) are attached.

- ☒  No payment advices (or other evidence of payment) are attached (the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition).

- o  No payment advices (or other evidence of payment) attached for other reason, or some payment advices missing ( please explain).

I declare under penalty of perjury that I have read this payment advices cover sheet and the attached payment advices, consisting of _____ sheets, numbered 1 through _____, and that they are true and correct to the best of my knowledge, information and belief.
Signature of Debtor: X William L. Powers          Date: 7-10-19
Signature of Joint Debtor: X Bonnie J Powers     Date: 07-10-2019