United States Bankruptcy Court
Northern District of Iowa

In re:                                                    Case No. 19-00965-TJC
William Leo Powers                                        Chapter 7
Bonnie Lynn Powers
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0862-2          User: admin          Page 1 of 1          Date Rcvd: Nov 20, 2019
                             Form ID: 318          Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2019.
db/jdb          +William Leo Powers,   Bonnie Lynn Powers,   3714 Pennsylvania Ave, Apt I89,
                  Dubuque, IA 52002-3717
2248717         +AAMS/Automated Accounts Management Servi,   4800 Mills Civic Parkway,   Suite 202,
                  West Des Moines, IA 50265-5265
2248720         +Dupaco Credit Union,   Attn: Bankruptcy Dept,   5865 Saratoga Road,   Dubuque, IA 52002-2504
2248721          Equifax Information Services LLC,   PO Box 740241,   Atlanta, GA 30374-0241
2248722         +Experian,   475 Anton Blvd.,   Costa Mesa, CA 92626-7037
2248728          TransUnion,   PO Box 2000,   Crum Lynne, PA 19022-2002
2248729         +Tri-State Adjustments,   Attn: Bankruptcy,   Po Box 3219,   La Crosse, WI 54602-3219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr              +EDI: QSLSCHNITTJER.COM Nov 21 2019 03:48:00    Sheryl Schnittjer,   24695 207th Ave.,
                  Delhi, IA 52223-8414
2248719         +EDI: HFC.COM Nov 21 2019 03:48:00    Best Buy/HSBC  Retail Services,   PO Box 5893,
                  Carol Stream, IL 60197-5893
2248723         +E-mail/Text: bankruptcy@avadynehealth.com Nov 20 2019 22:43:00    H & R Accounts, Inc.,
                  Attn: Bankruptcy,   Po Box 672,   Moline, IL 61266-0672
2248787         +EDI: PRA.COM Nov 21 2019 03:48:00    PRA Receivables Management, LLC,   PO Box 41021,
                  Norfolk, VA 23541-1021
2249008         +EDI: RMSC.COM Nov 21 2019 03:48:00    Synchrony Bank,   c/o PRA Receivables Management, LLC,
                  PO Box 41021,   Norfolk, VA 23541-1021
2248724         +EDI: RMSC.COM Nov 21 2019 03:48:00    Synchrony Bank/Care Credit,   Attn: Bankruptcy Dept,
                  Po Box 965060,   Orlando, FL 32896-5060
2248725         +EDI: RMSC.COM Nov 21 2019 03:48:00    Synchrony Bank/TJX,   Attn: Bankruptcy Dept,
                  Po Box 965060,   Orlando, FL 32896-5060
2248726         +EDI: RMSC.COM Nov 21 2019 03:48:00    Synchrony Bank/Walmart,   Attn: Bankruptcy,
                  Po Box 965060,   Orlando, FL 32896-5060
2248727         +EDI: WTRRNBANK.COM Nov 21 2019 03:48:00    Target,   Attn: Bankruptcy,   Po Box 9475,
                  Minneapolis, MN 55440-9475
                                                                              TOTAL: 9

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
2248718         ##+Best Buy Credit Services,   PO Box 183195,   Columbus, OH 43218-3195
                                                                 TOTALS: 0, * 1, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2019                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2019 at the address(es) listed below:
          Christopher Michael Soppe    on behalf of Joint Debtor Bonnie Lynn Powers c_soppe@yahoo.com,
            notices@UpRightLaw.com
          Christopher Michael Soppe    on behalf of Debtor William Leo Powers c_soppe@yahoo.com,
            notices@UpRightLaw.com
          Sheryl Schnittjer    delhisls926@gmail.com, sschnittjer@ecf.axosfs.com
          United States Trustee    USTPRegion12.CR.ECF@usdoj.gov
                                                                    TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **William Leo Powers** | Social Security number or ITIN    xxx–xx–6845 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Bonnie Lynn Powers** | Social Security number or ITIN    xxx–xx–5133 |
| | First Name    Middle Name    Last Name | EIN    _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court    Northern District of Iowa

Case number:    **19–00965**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

William Leo Powers                                         Bonnie Lynn Powers

<u>11/20/19</u>                                                   **By the court:** <u>Thad J. Collins</u>
                                                                            United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who is
also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**