United States Bankruptcy Court
Northern District of Iowa

In re:
William Leo Powers
Bonnie Lynn Powers
    Debtors

Case No. 19-00965-TJC
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0862-2     User: admin     Page 1 of 1     Date Rcvd: Dec 12, 2019
                  Form ID: 2040     Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2019.
```
db/jdb         +William Leo Powers,    Bonnie Lynn Powers,    3714 Pennsylvania Ave, Apt I89,
                 Dubuque, IA 52002-3717
2248717        +AAMS/Automated Accounts Management Servi,    4800 Mills Civic Parkway,    Suite 202,
                 West Des Moines, IA 50265-5265
2248720        +Dupaco Credit Union,    Attn: Bankruptcy Dept,    5865 Saratoga Road,    Dubuque, IA 52002-2504
2248721         Equifax Information Services LLC,    PO Box 740241,    Atlanta, GA 30374-0241
2248722        +Experian,    475 Anton Blvd.,    Costa Mesa, CA 92626-7037
2248728         TransUnion,    PO Box 2000,    Crum Lynne, PA 19022-2002
2248729        +Tri-State Adjustments,    Attn: Bankruptcy,    Po Box 3219,    La Crosse, WI 54602-3219
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QSLSCHNITTJER.COM Dec 13 2019 03:43:00      Sheryl Schnittjer,    24695 207th Ave.,
                 Delhi, IA 52223-8414
2248719        +EDI: HFC.COM Dec 13 2019 03:43:00      Best Buy/HSBC Retail Services,    PO Box 5893,
                 Carol Stream, IL 60197-5893
2248723        +E-mail/Text: bankruptcy@avadynehealth.com Dec 12 2019 22:49:56      H & R Accounts, Inc.,
                 Attn: Bankruptcy,    Po Box 672,    Moline, IL 61266-0672
2248787        +EDI: PRA.COM Dec 13 2019 03:43:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
2249008        +EDI: RMSC.COM Dec 13 2019 03:43:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
2248724        +EDI: RMSC.COM Dec 13 2019 03:43:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
2248725        +EDI: RMSC.COM Dec 13 2019 03:43:00      Synchrony Bank/TJX,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
2248726        +EDI: RMSC.COM Dec 13 2019 03:43:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
2248727        +EDI: WTRRNBANK.COM Dec 13 2019 03:43:00      Target,    Attn: Bankruptcy,    Po Box 9475,
                 Minneapolis, MN 55440-9475
                                                                                              TOTAL: 9
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
2248718       ##+Best Buy Credit Services,    PO Box 183195,    Columbus, OH 43218-3195
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2019                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2019 at the address(es) listed below:
```
              Christopher Michael Soppe    on behalf of Joint Debtor Bonnie Lynn Powers c_soppe@yahoo.com,
               notices@UpRightLaw.com
              Christopher Michael Soppe    on behalf of Debtor William Leo Powers c_soppe@yahoo.com,
               notices@UpRightLaw.com
              Sheryl Schnittjer    delhisls926@gmail.com, sschnittjer@ecf.axosfs.com
              United States Trustee    USTPRegion12.CR.ECF@usdoj.gov
                                                                                             TOTAL: 4
```

Form ntcfclms

# UNITED STATES BANKRUPTCY COURT
## Northern District of Iowa

In Re:

William Leo Powers

Bonnie Lynn Powers

Debtor(s)

Chapter: 7
Case No.: 19−00965
Office Code: 2

**NOTICE OF POSSIBLE DIVIDEND AND
NOTICE OF DEADLINE FOR FILING TIMELY CLAIMS**

TO ALL CREDITORS AND PARTIES IN INTEREST:

Notice was previously given that it appeared that there were no assets in the bankruptcy estate from which a dividend could be paid to unsecured creditors. Creditors were advised at that time that it was unnecessary to file proofs of claim.

It now appears that there may be assets in excess of the costs of administration and that payment of a dividend is possible. In order to receive a dividend, a creditor must file a proof of claim.

A Proof of Claim form can be filed electronically by completing the online electronic Proof of Claim (ePOC) found on our public web site (www.ianb.uscourts.gov) or obtain the Official Form B410 at the United States Courts Web site (www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) and mail the completed form to the address appearing below.

If you want to file a TIMELY claim against the estate, you must file your proof of claim with the Clerk of Court

**ON OR BEFORE 3/13/20**

If you have already filed a proof of claim, there is no need to file again unless you wish to amend your claim.

Dated: 12/12/19

MEGAN R. WEISS
Clerk, U.S. Bankruptcy Court
111 Seventh Avenue SE #15
Cedar Rapids, IA 52401−2101