IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF IOWA

| IN RE:<br><br>WILLIAM LEO POWERS and<br>BONNIE LYNN POWERS<br>Debtor(s). | Chapter 7 Bankruptcy<br>Case No. 19-00965<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS** |
|---|---|

Pursuant to F.R.B.P. 9010(b), please take notice that Eric W. Lam of Simmons Perrine Moyer Bergman PLC is appearing for the following party in the above-captioned bankruptcy case: Trustee Sheryl Schnittjer.

This party is a party in interest in this case. Pursuant to F.R.B.P. 2002 and 9007, the undersigned, on behalf of Trustee Sheryl Schnittjer, hereby requests that all notices given or required to be given in this case and all papers served or required to be served, including Notices of Abandonment, in this case be given to and served upon the undersigned at the office address and telephone number set forth below.

Please take further notice that the foregoing request includes the notices and papers referred to in the rules specified above and also includes, without limitation, notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings, or requests, any other documents brought before this Court in this case, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, facsimile, or otherwise.

/s/ Eric W. Lam
Eric W. Lam, AT0004416
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com
ATTORNEY FOR TRUSTEE

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 18, 2019, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF, and copies were sent to the following via electronic mail:

Christopher Michael Soppe: c_soppe@yahoo.com
Sheryl Schnittjer: delhisls926@gmail.com

The undersigned certifies that on December 18, 2019, the foregoing document was electronically filed with the Clerk of Court using the Northern District of Iowa CM/ECF, and a copy was sent to the following via U.S. Mail:

Brian Kane
Attorney at Law
Kane, Norby & Reddick, P.C.
2100 Asbury Rd., Suite 2
Dubuque, IA 52001

/s/ Eric W. Lam
Eric W. Lam, AT0004416
SIMMONS PERRINE MOYER BERGMAN PLC
115 Third Street SE, Suite 1200
Cedar Rapids, IA 52401
Tel: 319-366-7641; Fax: 319-366-1917
elam@simmonsperrine.com
ATTORNEY FOR TRUSTEE